**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6918**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ALPHONSO EUGENE ALSTON,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. William L. Osteen, Sr., District Judge. (CR-93-241, CA-97-528-2)

———————

Submitted: January 26, 1999        Decided: March 19, 1999

———————

Before WIDENER, NIEMEYER, and HAMILTON, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Alphonso Eugene Alston, Appellant Pro Se. Sandra Jane Hairston, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alphonso E. Alston seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.[*] See Alston v. United States, Nos. CR-93-241; CA-97-528-2 (M.D.N.C. Apr. 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] To the extent that Alston challenges his status as a career offender, we have previously upheld such status on direct appeal. See United States v. Alston, No. 94-5448 (4th Cir. June 2, 1995) (unpublished). Hence, further argument on this issue is foreclosed under the law of the case doctrine. See United States v. Bell, 5 F.3d 64, 66 (4th Cir. 1993).

2